DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                                                                                NO. 12-07-00065-CV

 

IN THE COURT OF APPEALS 

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER,
TEXAS

TERRELL HEALTHCARE
CENTER, IN §                      APPEAL FROM THE 294TH

ITS
ASSUMED NAME; NEXION HEALTH

AT
TERRELL, INC.; NEXION HEALTH AT

TERRELL,
INC., d/b/a TERRELL HEALTHCARE

CENTER;
NEXION HEALTH AT TERRELL

MANOR,
INC.; NEXION HEALTH AT

TERRELL
MANOR, INC. d/b/a TERRELL

MANOR;
NEXION HEALTH MANAGEMENT,

INC.;
AND FRANCES CORNWELL, L.V.N.,

APPELLANTS

 

V.        §                      JUDICIAL
DISTRICT COURT OF

 

LOIS
PERKINS, INDIVIDUALLY; AS

REPRESENTATIVE
OF THE ESTATE

OF
ALICE CARR; AS WRONGFUL DEATH

BENEFICIARY
OF ALICE CARR; AS

REPRESENTATIVE
OF ALL WRONGFUL

DEATH
BENEFICIARIES OF ALICE CARR;

AND
AS HEIR OF THE ESTATE OF ALICE

CARR,
DECEASED,

APPELLEES §                      VAN
ZANDT COUNTY, TEXAS

                                                                                                     
                                                      

MEMORANDUM OPINION

PER CURIAM

 








            Appellants and Appellees have filed a joint notice of
settlement and motion to dismiss this appeal. 
The parties state that they have entered into a settlement agreement
that disposes of all parties and issues, which has rendered the appeal
moot.  A copy of the motion has been sent
to all counsel of record.  Because the
parties have met the requirements of Texas Rule of Appellate Procedure
42.1(a)(1), the motion is granted, and the appeal is dismissed.  Costs of the appeal are assessed against the
parties incurring them.

 

Opinion
delivered March 14, 2007.

Panel consisted of Worthen,
C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

(PUBLISH)